# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## STATESVILLE DIVISION

**CHRISTY MARIE READY,**

       **Plaintiff,**

**v.**                            **CIVIL ACTION NO. 5:24-cv-00050**

**NAVIENT SOLUTIONS, LLC,**

       **Defendant.**

## ORDERED SEALING MEDIATION AGREEMENT

On May 18, 2026, the undersigned conducted mediation with the parties in this matter.

The parties agreed to settle the matter pursuant to the terms of a confidential ***Mediation Agreement***. It is hereby **ORDERED** that the ***Mediation Agreement*** shall to be filed by the Clerk **under seal**.

ENTERED this the 18th Day of May, 2026.

OMAR J. ABOULHOSN
UNITED STATES MAGISTRATE JUDGE